UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                    CASE NO.   08-28350-BKC-
RAFAEL REYES JR

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $   89.10   remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case.  Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

(  ) The trustee has a balance of $   .00   remaining in her bank account which represents small dividends as defined by FRBP 3010.

       Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

       WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.


Date:  ___NOV 12 2009___                    _____
                                            NANCY N. HERKERT
                                            CHAPTER 13 TRUSTEE

Copies to:

RAFAEL REYES JR
19900 SW 81 CT
MIAMI, FL 33189

JOSHUA S. MILLER, ESQUIRE
9555 N. KENDALL DRIVE, #211
MIAMI, FL 33176

REINALDO INFANTE ROOFING CO
POB 640
LEHIGH ACRES, FL 33970

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                             CASE NO.   08-28350-BKC-
RAFAEL REYES JR

                                         CHAPTER 13

RAFAEL REYES JR

19900 SW 81 CT
MIAMI, FL 33189


JOSHUA S. MILLER, ESQUIRE
9555 N. KENDALL DRIVE, #211
MIAMI, FL 33176


REINALDO INFANTE ROOFING CO   ---------$        89.10
POB 640
LEHIGH ACRES, FL 33970

                                          UNDELIVERABLE/STALE
                                          CLAIM REGISTER# _O_

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130